Fill in this information to identify your case:

United States Bankruptcy Court for the:

WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

Case number *(if known)* _____ Chapter __11__

☐ Check if this an
amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Ronco Holdings, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA Ronco** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **27-4572344** |

4.  Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **15505 Long Vista Drive, Suite 250**<br>**Austin, TX 78728**<br>Number, Street, City, State & ZIP Code | **1108 Lavaca Street #110-340**<br>**Austin, TX 78701**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Travis**<br>County | Location of principal assets, if different from principal place of business<br>**N/A**<br>Number, Street, City, State & ZIP Code |

5.  Debtor's website (URL)     **http://www.ronco.com**

6.  Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

7. **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __2436__

---

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | | | | |
|---|---|---|---|---|
| District | _____ | When | _____ | Case number _____ |
| District | _____ | When | _____ | Case number _____ |

---

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **CD3, Inc.** | | | Relationship | **Affiliate** |
| District | **Western District of Texas, Austin Division** | When | **3/26/15** | Case number, if known | **15-10328-TMD** |

---

| 11. | Why is the case filed in this district? | Check all that apply: |
|---|---|---|

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? |
|---|---|

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

███ **Statistical and administrative information**

| 13. | Debtor's estimation of available funds | . | Check one: |
|---|---|---|---|

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| 14. | Estimated number of creditors | | | |
|---|---|---|---|---|
| | | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| | | ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| | | ■ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | | ☐ 200-999 | | |

| 15. | Estimated Assets | | | |
|---|---|---|---|---|
| | | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| | | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| 16. | Estimated liabilities | | | |
|---|---|---|---|---|
| | | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| | | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 24, 2018**
         MM / DD / YYYY

X _(signature)_
Signature of authorized representative of debtor

**William Moore**
Printed name

Title   **President**

**18. Signature of attorney**

X _(signature)_
Signature of attorney for debtor

Date   **April 23, 2018**
      MM / DD / YYYY

**Kell C. Mercer**
Printed name

**Kell C. Mercer, P.C.**
Firm name

**1602 E. Cesar Chavez Street**
**Austin, TX 78702**
Number, Street, City, State & ZIP Code

Contact phone   **(512) 627-3512**      Email address   **kell.mercer@mercer-law-pc.com**

**Texas Bar No. 24007668**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Ronco Holdings, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

Case number (if known)

☐ Check if this is an
    amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors
12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

████    **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐   *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*
- ☐   *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
- ☐   *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
- ☐   *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
- ☐   *Schedule H: Codebtors (Official Form 206H)*
- ☐   *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
- ☐   Amended *Schedule*
- ☑   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
- ☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 24, 2018**     X _____
                                            Signature of individual signing on behalf of debtor

                                     **William Moore**
                                     Printed name

                                     **President**
                                     Position or relationship to debtor

Fill in this information to identify the case:

Debtor name | Ronco Holdings, Inc.

United States Bankruptcy Court for the: WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

Case number (if known):

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Allegro Response Teleservices 4301 William Cannon Drive Suite B-150-179 Austin, TX 78749 | | | | | | $35,012.22 |
| Ana M. Garcia 12819 Heinemann Drive Austin, TX 78727 | | | | | | $38,550.29 |
| Capital 2 Thrive 1801 Broadway, Suite 1350 Denver, CO 80202 | | | | | | $541,727.56 |
| CHINA-BASE NINGBO FOREIGN TRADE CO., LTD No. 666 Tiantong South Road, Yinzhou District, Ningbo | | | | | | $34,924.57 |
| Dynamics Southwest, Inc. 101 Southwestern Blvd. Suite 298 Sugar Land, TX 77478 | | | | | | $53,467.54 |
| EMO TRANS Customized Global Logistics 2322 Grand Ave Baldwin, NY 11510 | | | | | | $72,263.61 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Foshan Genzhuo Electrical Appliances Co. No.18, Gongye 1st Road, Qingyuan Industr Leliu Town, Shunde District Foshan City, Guangdong Province | | | | | | $41,850.00 |
| Frederick Schulman 400 Rella Blvd., Suite 301 Suffern, NY 10901 | | | | | | $48,365.43 |
| HQP Electric Industrial Co.,Ltd Unit B, 10/F , Chasegold Tower , 100 Ma Tau Wai Road , To Kwa Wan, Hong Kong (852) 2142-8378 | | | | | | $141,695.80 |
| Internal Revenue Service 955 S. Springfield Avenue, Bldg A Springfield, NJ 07081 | | | | | | $206,000.00 |
| Internal Revenue Service – Payroll Tax P.O. Box 21126 Philadelphia, PA 19114-0326 | | | | | | $151,503.38 |
| John C. Kleinert 1800 Route 34 North Building 4 Suite 404A Wall, NJ 07719 | | | | | | $705,000.00 |
| KAR Vista Business Park LLC C/O Susan E. Coleman Burnett Plaza Suite 1600 801 Cherry St. Unit No. 1 Fort Worth, TX 76101 | | | | | | $72,967.70 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Marcum LLP One SE Third Ave Suite 1100 Miami, FL 33131** | | | | | | $279,504.81 |
| **OneTouchPoint - Ginny's Printing 8410-B Tuscany Way Austin, TX 78754** | | | | | | $93,252.89 |
| **P2Binvestor, Inc. 1120 Lincoln Street, Suite 100 Denver, CO 80203** | | | | | | $1,063,757.10 |
| **SAN A INDUSTRIAL LIMITED Room 1321, Hollywood Plaza,610 Nathan Ro Mongkok Kowloon, Hong Kong 86-766-2890136** | | | | | | $37,233.94 |
| **Shadron Stastney 392 Taylor Mills Road Marlboro, NJ 07746** | | | | | | $272,072.91 |
| **US Bank P.O. Box 790408 Saint Louis, MO 63179** | | | | | | $40,763.51 |
| **ZHUHAI LUCKYMAN TECHNOLOGY CO. LTD. C/O Andrew B. Totz Totz Ellison & Totz, P.C. 2211 Norfolk, Suite 510 Houston, TX 77098** | | | | | | $73,000.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Texas, Austin Division

In re   **Ronco Holdings, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Ronco Holdings, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Ronco Brands, Inc.**
**15505 Long Vista Drive, Suite 250**
**Austin, TX 78728**

☐ None [*Check if applicable*]

**April 24, 2018**

Date

**Kell C. Mercer**

Signature of Attorney or Litigant

Counsel for   **Ronco Holdings, Inc.**

**Kell C. Mercer, P.C.**
**1602 E. Cesar Chavez Street**
**Austin, TX 78702**
**(512) 627-3512**
**kell.mercer@mercer-law-pc.com**
**Texas Bar No. 24007668**

# United States Bankruptcy Court
## Western District of Texas, Austin Division

In re  __Ronco Holdings, Inc.__           Case No. _____

                     Debtor(s)        Chapter    __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Ronco Brands, Inc.<br>15505 Long Vista Drive, Suite 250<br>Austin, TX 78728 | | 100% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   __April 24, 2018__                 Signature   /s/ William Moore
                                                   **William Moore**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Western District of Texas, Austin Division**

In re    __Ronco Holdings, Inc.__ _____

                                     Debtor(s)

Case No. _____

Chapter   __11__

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    __April 24, 2018__ _____

_____

**William Moore/President**
Signer/Title

A. Atkins Appraisal Corp.
c/o Alan Atkins
122 Clinton Road
Fairfield, NJ 07004


Absolute Systems
7206 Winecup Hollow
Austin, TX 78750


AccuService
1810 W 5000 South
Salt Lake City, UT 84129


Advantage Solutions
P.O. Box 31001-1691
Pasadena, CA 91110


Air Craft, Inc.
1916 Picadilly
Round Rock, TX 78664


Alissa Schneider
P.O. Box 821
Clearwater, FL 33757


Allegro Response Teleservices
4301 William Cannon Drive
Suite B-150-179
Austin, TX 78749


Allen Lund Company, Inc.
P.O. Box 51083
Los Angeles, CA 90051


AmeriScot Clean Inc.
3141 North Canal Drive
Palm Harbor, FL 34684


Ana M. Garcia
12819 Heinemann Drive
Austin, TX 78727


Angela Wise
1500 E. Parmer Lane, Apt. 12
Austin, TX 78753

Anthony Sodono, III
c/o Sari B. Placona
Trenk, DiPasquale, Della, Fera & Sodono
347 Mong Pleasant Ave., Suite 300
West Orange, NJ 07052


Arthur Duran
1202 Coaches Crossing
Pflugerville, TX 78660


AT&T Business Line
P.O. Box 105414
Atlanta, GA 30348


AT&T Business Services
P.O. Box 5019
Carol Stream, IL 60197


AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197


AT&T Universal Card
P.O. Box 78045
Phoenix, AZ 85062


August Moon Productions
7813 N. Cameron Ave.
Montgomery, AL 36140


Austin Technology Group
P.O. Box 170136
Austin, TX 78717


Avistone Tampa Flex, LLC
P.O. Box 740819
Seal Beach, CA 90740


Bederson LLP
c/o Timothy J. King
347 Mt. Pleasant Ave
West Orange, NJ 07052

Bergen County Surrogate's Court
Two Berge County Plaza, Suite 5000
Hackensack, NJ 07601


Calhoun, Thomas + Matza LLP
9500 Arboretum Blvd., Suite 120
Austin, TX 78759


Capital 2 Thrive
1801 Broadway, Suite 1350
Denver, CO 80202


Caputo Creative Inc.
13191 56th Ct.
Suite 112
Clearwater, FL 33760


Cat's Creations Inc.
602 Pinewood Drive
Dunedin, FL 34698


Central Texas Refuse, Inc.
P.O. Box 18685
Austin, TX 78760


Charels Daymet
417 N. Heatherwilde Blvd.
Pflugerville, TX 78660


Chase Card Services
P.O. Box 94014
Palatine, IL 60094


CHINA-BASE NINGBO FOREIGN TRADE CO., LTD
No. 666 Tiantong South Road,
Yinzhou District, Ningbo


Cindi Reese
2536 St. James Pl.
Round Rock, TX 78665


CKO Digital
2449 South Blvd, Ste. 106
Houston, TX 77098

CLEO Communications
P.O. Box 15835
Loves Park, IL 61132


Commerce Technologies, Inc.
25736 Network Place
Chicago, IL 60673


Conde Nast
c/o Advance Magazine Publishers Inc.
One World Trade Center
New York, NY 10007


Contigo Technology, LLC
8127 Mesa Drive
Suite B206-122
Austin, TX 78759


Cool Services Inc. (CSI)
Air Conditioning and Heating
1804 Bench Mark Drive
Austin, TX 78728


Corporation Service Company
P.O. Box 13397
Philadelphia, PA 19101


CT Corporation
P.O. Box 4349
Carol Stream, IL 60197


D:E Creative Services
1905 N. Lamar Blvd , Suite 200
Austin, TX 78705


Dahill
P.O. Box 205354
Dallas, TX 75320


David Zuniga
402 Suzzane Drive
Pflugerville, TX 78660

DeLange Leasing
C/O Marshall T. Kitzner
993 Lenox Drive
Lawrence Township, NJ 08648

Dental Select
P.O. Box 301680
Dallas, TX 75303

Dianne Michelle Rodriguez
13730 FM 620 North, Apt. 727
Austin, TX 78717

Discover Card Services
P.O. Box 6103
Carol Stream, IL 60197

Duke Energy
P.O. Box 1004
Account No. 43841 13253
Charlotte, NC 28201

Dustin Rader
20901 Keaney Hill Road
Pflugerville, TX 78660

Dyatech, LLC
805 S Wheatley St
Ste 600
Ridgeland, MS 39157

Dynamics Southwest, Inc.
101 Southwestern Blvd.
Suite 298
Sugar Land, TX 77478

EMO TRANS
Customized Global Logistics
2322 Grand Ave
Baldwin, NY 11510

Erickson Sales Inc.
8046 Earl Ave NW
Seattle, WA 98117

Extreme Reach
28540 Network Place
Chicago, IL 60673


Faith Marlow
818 Eddy Street
Lakeland, FL 33803


FedEx
C/O Michael G. Null
20208 W. Highway 71
Austin, TX 78669-6461
Spicewood, TX 78669-6461


FischTank
C/O Marshall Coleman, PC
32 Broadway, Suite 1710
New York, NY 10004


Fly Buy Photography
Kerry McNally
1517 State Street Suite 203
Sarasota, FL 34236


Foshan Genzhuo Electrical Appliances Co.
No.18, Gongye 1st Road, Qingyuan Industr
Leliu Town, Shunde District
Foshan City, Guangdong Province


Foshan Shunde Smart Elect. Tech.
No. 1 Heng Street, Changye Rd.
Ronggui Town
Shunde, Foshan
0757-26384885


Frazier & Deeter
1230 Peachtree Street NE, Suite 1500
Atlanta, GA 30309
Atlanta, GA 30309


Frederick Schulman
400 Rella Blvd., Suite 301
Suffern, NY 10901

Frederick Schulmann
400 Rella Blvd., Suite 301
Suffern, NY 10901


Frontline Edelston
1540 E. Dundee Rd., Ste. 160
Palatine, IL 60074


Gary K. Norgaard, Esq.
Norgaard O'Boyle
184 Grand Avenue
Englewood, NJ 07631


Genimex Shanghai
9A, Catic Tower, No. 212, Jiangning Road
Jing'an District, Shanghai 200041


Gerry Granby, II
5875 37th Ave N, Apt. 7
Saint Petersburg, FL 33710


Goodman Lang, Inc.
2109 Wilder St. N
Saint Paul, MN 55113


Guang Dong Xinbao Electrical
Applicances Holdings Co., LTD
South Zhenghe Road, Leliu Town
Shunde District, Foshan City, Guangdong
86-757-25333888


Haikou Baoxin Wooden Industry Co., Ltd.
Nong Ke Suo, Bai Shui Tang Ind.
Xiuying District
Haikou City, Hainan Province
86-898-68630861


Hand Air Express
c/o Stephen S.V. Homrig
Barnett & Garcia
3821 Juniper Trace, Suite 108
Austin, TX 78738


Havas Edge
2386 Faraday Avenue, Suite 200
Carlsbad, CA 92008

Hellmann Worldwide Logistics
C/O Biehl & Biehl, Inc.
325 Fullerton Ave.
Carol Stream, IL 60188


HomeWorld Business
C/O CMI Legal Forwarding Division
P.O. Box 28851
Philadelphia, PA 19151-0851


HQP Electric Industrial Co.,Ltd
Unit B, 10/F , Chasegold Tower ,
100 Ma Tau Wai Road ,
To Kwa Wan, Hong Kong
(852) 2142-8378


Idea
2900 Crystal Drive
Suite 500
Arlington, VA 22202


Internal Revenue Service
955 S. Springfield Avenue, Bldg A
Springfield, NJ 07081


Internal Revenue Service -- Payroll Tax
P.O. Box 21126
Philadelphia, PA 19114-0326


Internal Revvenue Service
955 S. Springfield Avenue, Bldg. A
Springfield, NJ 07081


Intertek Testing Services NA Inc.
545 East Algonquin Road
Arlington Heights, IL 60005


Inventa International
Alameda dos Oceanos, 41-K21
1990-207
Lisboa, Portugal
351 21 315 09 07


Inventel Products LLC
300 Roundhill Drive, Suite 1
Rockaway, NJ 07866

Jack Pot Manufacturer Corp.
8F., 338 Chung Ching N. Road Sec. 3
Taipei 103


James Atkinson
501 Serenada Drive
Georgetown, TX 78628


James M. Bennett, Dep. Attorney General
Division of Law - Debt Recovery Section
P.O. Box 119
Trenton, NJ 08625-0379


Jason Feif
132 Amber Lane
Jarrell, TX 76537


John C. Kleinert
1800 Route 34 North
Building 4, Suite 404A
Wall, NJ 07719


Kaonoulu Ranch LLP
3600 N. Capital of Texas Hwy, Suite 250
Austin, TX 78746


KAR Vista Business Park LLC
C/O Susan E. Coleman
Burnett Plaza Suite 1600
801 Cherry St. Unit No. 1
Fort Worth, TX 76101


Kay D. Brock
P.O. Box 1748
Austin, TX 78767-1748


Kyle Van Schoyck
12449 Country White Cr.
Tampa, FL 33635


Laura L. Worsham
Jones, Allen & Fuquay LLP
8828 Greenville Ave
Dallas, TX 75243

Legal & Compliance, LLC
330 Clematis Street #217
West Palm Beach, FL 33401


LiveVision, LLC
583 Whitford Hills Road
Exton, PA 19341


Lynn Anderson
603 Pebblestone Walk Drive
Cedar Park, TX 78613


MailFinance
C/O Cohn & Dussi. LLC
500 West Cummings Park, Suite 2350
Woburn, MA 01801


Marcum LLP
One SE Third Ave
Suite 1100
Miami, FL 33131


Melida Siles
12304 Granton Cove
Austin, TX 78754


Morgan Jones
1505 Silver oak Trail
Cedar Park, TX 78613


MVP Marketing & Design
111 Third Ave South
Minneapolis, MN 55401


Neon Ambition, Inc.
701 Brazos Street
Suite 1616
Austin, TX 78701


Neustrel Attorneys at Law
2534 S. University Drive, Suite No. 4
Fargo, ND 58103

Nevada Department of Taxation
State of Nevada - Sales/Use
555 E. Washington Ave, Suite 1300
Las Vegas, NV 89101


New Jersey Division of Taxation
Bankruptcy Section
P.O. Box 245
Trenton, NJ 08695-9902


Nicole Moyer
1705 Southwestern Trail
Round Rock, TX 78664


NINGBO DIKE ELECTRON CO., LTD.
Xiaoan Zhouxiang Town
Cixi City, Zhejiang Province
Polly Chen
86-18094511008


NINGBO HANPU TOOLS CO.,LTD.
Gangtou, Middle Street, Hengxi Town
Yinzhou District, Ningbo


Ningbo Kaibo Group
The Northern Industrial Park of
Zhouxiang
Cixi 315324 Ningbo


Ningbo Kaideli Electric Co., LTD
Binhai Industrial Zone, Xindian Town
Ninghai, Zhejiang
86 574 83510001


Ningbo Mascuge Import&Export CO.,Ltd
Room801, Sundaze Building,578 Tiantong S
Yinzhou District, Ningbo
86-574-56784631


Nutrihand, Inc.
274 Edgewood Rd
Redwood City, CA 94062


Oak Lawn Marketing International Inc.
745 McClintock Drive, Suie 220
Willowbrook, IL 60527

Offices of Nathan Neuman
National Judgment Investment Corp.
700 Lake Drive
Ambler, PA 19002-5084


OneTouchPoint - Ginny's Printing
8410-B Tuscany Way
Austin, TX 78754


OrderLogix
P.O. Box 6798
Scarborough, ME 04070


P2BInvestor, Inc.
1120 Lincoln Street, Suite 100
Denver, CO 80203


Paja Sanchez
5402 Musket Ridge
Austin, TX 78759


Paul Ryan LLC
14704 HillShire Lane
Burnsville, MN 55306


Peter Di Sciascio
Weinstock & O'Malley Law
105 White Oak Lane
Old Bridge, NJ 08857


Porter, LeVay & Rose, Inc.
C/O Gottlieb Ostrager LLP
333 Westchester Ave, Ste S2205,
West Harrison, NY 10604


Regional Online Marketing
c/o Michael Ariyo
1222 Ramsdel Street
Port Charlotte, FL 33952
561-577-8671


RNC Investors LLC
1800 Route 34
North Building 4, Suite 404A
Wall, NJ 07719

Ron Hunt
221 Buck Bend
Georgetown, TX 78628


Ron Satija, Trustee
C/O Brian T. Cumings
Graves Dougherty
401 Congress Ave. Suite 2200
Austin, TX 78701


SAFEQUIP
10201 B. McKalla Place
Austin, TX 78758


SAN A INDUSTRIAL LIMITED
Room 1321, Hollywood Plaza,610 Nathan Ro
Mongkok
Kowloon, Hong Kong
86-766-2890136


Scribe Consulting
11487 Oralane Dr.
El Cajon, CA 92020


Seescape Studios, Inc.
5712 S Bernie St
Tampa, FL 33611


Shadron Stastney
392 Taylor Mills Road
Marlboro, NJ 07746


Shannon Shelton
3405 Crispin Hall Lane


Solvairis
555 West 5th Street, Suite 3100
Los Angeles, CA 90013


SPS Commerce, Inc.
C/O Law Offices of Nathan Neuman
National Judgment Investment Corp.
700 Lake Drive
Ambler, PA 19002

Stacy Vu
1706 Paseo Corto Dr
Cedar Park, TX 78613


Staff Force, Inc.
P.O. Box 203664
Dallas, TX 75320


State of New Jersey - Dept. of Labor
Bankruptcy Unit
P.O. Box 379
Trenton, NJ 08625-0379


State of Texas
Comptroller of Public Accounts
P.O. Box 149359
Austin, TX 78714


Taizhouhuangyan Antai Medical
8# Huiming Road, Huangyan
Taizhou City
Zhejiang
8.66E+12


TasteBud Entertainment, Inc
Jamie Gwen
5 Auvergne
Newport Coast, CA 92657


Taylor Rountree
2308 Whispering Trails Pl
Winter Haven, FL 33884


Texas Workforce Commission
101 E. 15th Street, Room 122
Austin, TX 78778


The Prop Shop and Space Place
12190 44th Street North Unit D
Clearwater, FL 33762


Time Warner Cable
P.O. Box 60074
City of Industry, CA 91716

Timothy Sellings
SPRI Investigations
34522 N. Scotsdale Rd. Suite 120-264
Scottsdale, AZ 85262


Travis County Tax Assessor-Collector
c/o Bruce Elfant
P.O. Box 1748
Austin, TX 78767


Triton Technologies, Inc.
115 Plymouth Street
Mansfield, MA 02048


Trustpilot, Inc.
C/O Caine & Weiner
338 Harris Hill Road #206
Buffalo, NY 14221


TXU Energy
P.O. Box 650764
Dallas, TX 75265


Uline Shipping Supplies
P.O. Box 88741
Chicago, IL 60680


Underwriters Laboratories Inc
P.O. Box 75330
Chicago, IL 60675-5330


UPS
Lockbox 577
Carol Stream, IL 60132


UPS Supply Chain Solutions
28013 Network Place
Chicago, IL 60673


US Bank
P.O. Box 790408
Saint Louis, MO 63179

Vendecor Inc.
5 Brumwell St.
Scarborough, ON M1C 2K7


VGrill World, LLC
C/O Jon E. Maki
4135 Calle Isabelino
San Diego, CA 92130


Vican, Inc.
1205 S. White Chapel Blvd., Ste. 100
Southlake, TX 76092


Waste Management Inc.
P.O. Box 105453
Atlanta, GA 30348


Wells Fargo Bank, NA
International Trade Operations
1525 West WT Harris Blvd., MAC D1109-011
Charlotte, NC 28262-8522


Welsh & McNamara Repacking
C/O Barnett & Garcia
3821 Jumiper Trace, Suite 108
Austin, TX 78738


West End Promotions Ltd.
3-485 Bristol Road West
Mississauga, Ontario L5R 4G2


William McNair
1880 N. Austin Drive
Fayetteville, AR 72703


William Moore
1108 Lavaca Street, Suite 110-340
Austin, TX 78701


Worldwide Express
P.O. Box 26070
Austin, TX 78755

WUXI XINJIA COMMODITY MANUFACTURING CO.,
SHANGHAI
Fiona
(86)510-88353857


WUYI JIAFEI HOUSEHOLD&LEISURE
hunaglong industry zone
wuyi city, zhejiang
0086-579-87988686


www.TVP. LLC
Worldwide TV Products
13190 56th Court, Suite 405
Clearwater, FL 33760


Xtreme Xhibits by Skyline Inc
9201 Metric Blvd
Austin, TX 78758


Yangzhou Jiuyang Fishing Tackle Co., LTD
Shi Hu Chen Yangzhou
Jiangsu 225008
86-514-87361056


YRC Worldwide
C/O Synter Resource Group, LLC
P.O. Box 63247
North Charleston, SC 29419


Yudell Isidore PLLC
8911 N. Capital of TX Hwy
Suite 2110
Austin, TX 78759


ZHUHAI FEILONG ELECTRIC APPLIANCE CO.,LT
No. 3 Qiushi Avenue, Jinhai'an Industria
Sanzao S&T industrial Park,
Zhuhai city, Guang Dong
86 - 756 - 7514138


ZHUHAI LUCKYMAN TECHNOLOGY CO. LTD.
C/O Andrew B. Totz
Totz Ellison & Totz, P.C.
2211 Norfolk, Suite 510
Houston, TX 77098

In lieu of a meeting, William Moore ("Moore" or the "Director"), being the sole director of Ronco Holdings, Inc. (the "**Company**"), does hereby approve and adopt the following consent resolutions:

**RESOLVED**, that in the judgment of the Director, it is desirable and in the best interests of the Company, its creditors, its shareholder, and other interested parties, that the Company be authorized and empowered to file, on April 23, 2018, a petition for relief (the "Petition") under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Western District of Texas, Austin Division (the "Bankruptcy Court"); and it is further

**RESOLVED**, that Moore is hereby authorized, directed and empowered, on behalf of and in the name of the Company, (i) to execute and verify the Petition and cause the Petition to be filed with the Bankruptcy Court and (ii) to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper and necessary to effect any of the foregoing; and it is further

**RESOLVED**, that Moore is authorized, directed and empowered, on behalf of and in the name of the Company, to execute, verify and file or cause to be filed all other reasonable and customary applications, schedules, lists, motions and other papers and documents; and it is further

**RESOLVED**, that Moore is hereby authorized, directed and empowered to open any new bank accounts, as needed, to be designated as "Debtor-in-Possession" bank accounts pursuant to the filing of the petition under Chapter 11 of the Bankruptcy Code, and to include Moore as the signing party on such accounts, as representative of the Company; and it is further

**RESOLVED**, that Moore is authorized, directed and empowered to retain on behalf of the Company, Kell C. Mercer and the law firm of Kell C. Mercer, P.C., as bankruptcy counsel, to represent the Company in the aforesaid Chapter 11 bankruptcy case and all other related matters in connection therewith and such other terms and conditions as the officers shall deem advisable; and it is further

**RESOLVED**, that Moore is authorized and empowered, for and on behalf of the Company, to execute and file all such instruments and documents, to make all payments,

1

to enter into all agreements and to do or cause to be done all acts and things that may be necessary or appropriate to carry out the purposes of the foregoing resolutions.

William Moore, Director
Ronco Holdings, Inc.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Texas, Austin Division

In re   __Ronco Holdings, Inc.__                     Case No.

                                Debtor(s)            Chapter   __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | **Hourly Fee of $400** |
    | Prior to the filing of this statement I have received | $ | **Retainer of $35,000\*** |
    | Balance Due | $ | **N/A** |

2.  $__1,717__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    Debtor   ☒   Other (specify):  Frederick Schulmann

4.  The source of compensation to be paid to me is:

    ■  Debtor   ☐  Other (specify):

5.  ■I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof; and
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters.

    **Negotiations with secured creditors; advice and counsel regarding duties and obligations as Debtor-in-Possession; plan negotiation and drafting; compliance with United States Trustee guidelines, including preparing and filing MORs.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__April 24, 2018__

*Date*

**Kell C. Mercer Tex. Bar No. 24007668**
*Signature of Attorney*
**Kell C. Mercer, P.C.**
**1602 E. Cesar Chavez Street**
**Austin, TX 78702**
**(512) 627-3512**
**kell.mercer@mercer-law-pc.com**
*Name of law firm*

---

\* Prior to filing the petition, the undersigned applied $9,357.00 of the Retainer to a pre-petition invoice which covered: (1) pre-petition services from April 1, 2018 to April 23, 2018, and (2) the filing fee of $1,717.  This leaves a retainer of $25,643.