IN THE UNITED STATES BANKRUTPCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| In re<br><br>RONCO HOLDINGS, INC.<br><br>Debtor. | Chapter 11<br><br>Case No.: 18-10511 |

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to Section 1109(b) of Title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code") and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), LeClairRyan, a Professional Limited Liability Company, hereby enters its appearance on behalf of Capital 2 Thrive, LLC and requests that all notices given or required to be given and all papers served in this case be delivered to and served upon the party identified below at the following address:

Jason M. Medley, Esq.
Daniel M. Eliades, Esq.
Caitlin C. Conklin, Esq.
LECLAIRRYAN, A PROFESSIONAL LIMITED LIABILITY COMPANY
1233 West Loop South, Suite 1000
Houston, TX 77027
Telephone: (713) 752-8317
Facsimile: (713) 650-0027
Email: Jason.medley@leclairryan.com
daniel.eliades@leclairryan.com
Caitlin.conklin@leclairryan.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand not only includes notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all notices, orders,

pleadings, motions, applications, complaints, demands, hearings, request, answers, replies, memoranda and briefs in support of any of the above, whether formal or informal, transmitted or conveyed by electronic delivery, mail delivery, telephone, facsimile or otherwise, in this case.

**PLEASE TAKE FURTHER NOTICE** that this notice of appearance, and any subsequent appearance, pleading, claim, or suit, is not intended, nor shall be deemed, to waive Capital 2 Thrive, LLC 's: (i) right to contest the subject matter or personal jurisdiction of this Court; (ii) right to seek abstention or withdrawal of any matter arising in this proceeding; (iii) right to have final orders in non-core matters entered only after de novo review by a United States District Court Judge; (iv) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (v) right to have the reference withdrawn by a United States District Court Judge in any matter subject to mandatory or discretionary withdrawal; (vi) right to enforce any contractual provisions with respect to arbitration; or (vii) other rights, claims, actions, defenses, setoffs or recoupments to which Capital 2 Thrive, LLC is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

**PLEASE TAKE FURTHER NOTICE** that this appearance is a limited appearance for purposes of notice only. Accordingly, this Notice of Appearance is not to be construed as a waiver of any rights, including, without limitation, the right to contest jurisdiction or service of process or to demand trial by jury of any issue.

Dated: May 10, 2018  **LeClairRyan, PLLC**

    /s/ Jason M. Medley
Jason M. Medley, Esq.
LeClairRyan, PLLC
1233 West Loop South, Suite 1000
Houston, TX 77027
Telephone: (713) 752-8317
Facsimile: (713) 650-0027
Email: Jason.medley@leclairryan.com

    /s/ Daniel M. Eliades
Daniel M. Eliades, Esq.
(N.J.D.C. No. DME-6203)
LeClairRyan, PLLC
One Riverfront Plaza, 16th Floor
1037 Raymond Boulevard
Newark, New Jersey 07102
Telephone: (973) 491-3600
Facsimile: (973) 491-3555
Email: daniel.eliades@leclairryan.com

/s/ Caitlin C. Conklin
Caitlin C. Conklin, Esq.
(N.J.D.C. No. CCC-5117)
LeClairRyan, a Professional Corporation
One Riverfront Plaza, 16th Floor
1037 Raymond Boulevard
Newark, New Jersey 07102
Telephone: (973) 491-3600
Facsimile: (973) 491-3555
Email: caitlin.conklin@leclairryan.com

*Attorneys for Capital 2 Thrive, LLC*

## CERTIFICATE OF SERVICE

I certify that on May 10, 2018, I caused the attached Notice of Appearance and Demand for Service of Papers to be electronically filed with the Clerk, United States Bankruptcy Court, Western District of Texas, by ECF and one copy of the aforementioned document by way of first class mail or ECF to those persons listed on the attached service list.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me is willfully false, I am subject to punishment.

Dated:  May 10, 2018

By: /s/ Jason M. Medley
Jason M. Medley, Esq.
Jason.medley@leclairryan.com

## **SERVICE LIST**

<u>Debtor</u>
Ronco Holdings, Inc., Debtor
15505 Long Vista Drive, Suite 250
Austin, TX 78728
**Via First Class Mail**

<u>Attorneys for Debtor</u>
Kell C. Mercer
Kell C. Mercer, PC
1602 E Cesar Chavez St
Austin, TX 78702
**Via ECF**