# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 18−10511−tmd
Chapter No.: 11
Judge: Tony M. Davis

IN RE: **Ronco Holdings, Inc.**, Debtor(s)

# NOTICE OF STATUS HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

- at   Austin Courtroom 1, Homer Thornberry Judicial Bldg., 903 San Jacinto, Austin, TX 78701

- on   **6/18/18 at 01:30 PM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 1 Voluntary Petition under Chapter 11 (Non−Individual) Without Schedules, Without Statement of Financial Affairs, With Attorney Disclosure of Compensation Filed By Ronco Holdings, Inc.. −Declaration for Electronic Filing due by 05/1/2018) Status Hearing Set For 6/18/2018 at 01:30 PM at Austin Courtroom 1 ...COURT REQUEST THE HEARING... (Lopez, Jennifer)

Dated: 5/15/18

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court

[Status Hearing Notice (BK)] [NtcsthrgBKap]