UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| In re: | : |
| RONCO HOLDINGS, INC., | : Chapter 11 |
| Debtor. | : Case No. 18-10511 (TMD) |

## **ORDER**

**BE IT REMEMBERED** that there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by Caitlin C. Conklin ("Applicant") and the Court, having reviewed the motion, has decided it is meritorious. **ACCORDINGLY**,

**IT IS ORDERED** that the Motion for Admission *Pro Hac Vice* is **GRANTED**, and Applicant may appear on behalf of Capital 2 Thrive, LLC in the above case.

This order shall not be considered admission to practice generally before this Court or the U.S. District Court for the Western District of Texas.