# UNITED STATES BANKRUPTCY COURT
## *Western District of Texas*
**903 SAN JACINTO, SUITE 322**
**AUSTIN, TX 78701−0**

*YVETTE M. TAYLOR*  
*CLERK OF COURT*

*(512) 916−5237*

**DATE:** May 23, 2018

**Kell C. Mercer**
**Kell C. Mercer, PC**
**1602 E Cesar Chavez St**
**Austin, TX 78702**

**RE:** Declaration for Electronic Filing
  Bankruptcy Case No.: **18−10511−tmd**
  Case Style: Ronco Holdings, Inc.

Dear  Mr. Mercer :

 The original signed Declaration for Electronic Filing, due on 5/15/2018  has not been electronically filed into CM/ECF for the filing of:

*11* − Schedules, Statements, and Summary filed by Kell C. Mercer for Debtor Ronco Holdings, Inc.. −Declaration for Electronic Filing due by 05/15/2018 (Mercer, Kell)

**Please electronically file the original Declaration for Electronic Filing immediately.** If the Declaration of Electronic Filing is not filed by **June 6, 2018**, as to any original petition, matrix, statement and schedules, this case will be dismissed by the court and that, as to any amended petition, statement, schedule or matrix, the amendment(s) will be stricken by the Court.

  Yvette M. Taylor
  Clerk, U. S. Bankruptcy Court

  BY: Adam Wallace

cc: Debtor(s), Trustee

**511 E. San Antonio Avenue, Suite 444**
**El Paso, Texas 79901**
**(915) 779−7362**

**615 E. Houston Street, Suite 597**
**San Antonio, Texas 78205**
**(210) 472−6720**

**800 Franklin Avenue, Suite 140**
**Waco, Texas 76701**
**(254) 750−1513**

[Declaration Due Letter] [LtrDclrdu]