# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| IN RE: | § | |
| --- | --- | --- |
| | § | Case No. 18-10511-TMD |
| RONCO HOLDINGS, INC., | § | |
| | § | Chapter 11 |
| Debtor. | § | |

## ORDER CONVERTING BANKRUTPCY CASE TO ONE UNDER CHAPTER 7

Came on for consideration the *Motion to Convert Case to One Under Chapter 7* (the "*Motion to Convert*") filed by Ronco Holdings, Inc. (the "Debtor"). The Court, having considered the *Motion to Convert*, finds it to be meritorious and that it should be granted as set forth herein.

It is, therefore:

ORDERED that the *Motion to Convert* is GRANTED, and pursuant to 11 U.S.C. § 1112(a), this bankruptcy case is converted to one under Chapter 7 of Title 11 of the United States Code.

# # #

ORDER PREPARED BY

Kell C. Mercer
Texas Bar No. 24007668
Kell C. Mercer, PC
1602 E. Cesar Chavez Street
Austin, TX 78702
(512) 627-3512
kell.mercer@mercer-law-pc.com