# RONCO HOLDINGS, INC.
# MASTER SERVICE LIST
# BANKRUPTCY CASE NO. 18-10511-TMD
# June 13, 2018

**Debtor**
Ronco Holdings, Inc.
1108 Lavaca Street #110-340
Austin, Texas 78701

**Debtor's Counsel**
Kell C. Mercer
Kell C. Mercer, PC
1602 E. Cesar Chavez Street
Austin, Texas 78702

**United States Trustee**
Deborah Bynum
Office of the U.S. Trustee
903 San Jacinto, Room 230
Austin, TX 78701

**Secured Creditors**
Capital 2 Thrive
1801 Broadway, Suite 1350
Denver, CO 80202

P2BInvestor, Inc.
1120 Lincoln Street, Suite 100
Denver, CO 80203

Kaonoulu Ranch LLP
3600 N. Capital of Texas Hwy,
Suite 250
Austin, Texas 78746

RNC Investors LLC
1800 Route 34
North Building 4, Suite 404A
Wall, NJ 07719

Shadron Stastney
392 Taylor Mills Road
Marlboro, NJ 07746

**Twenty Largest Unsecured**
Allegro Response Teleservices
4301 William Cannon Drive
Suite B-150-179
Austin, TX 78749

Ana M. Garcia
12819 Heinemann Drive
Austin, TX 78727

CHINA-BASE NINGBO FOREIGN
TRADE CO., LTD
No. 666 Tiantong South Road,
Yinzhou District, Ningbo

Dynamics Southwest, Inc.
101 Southwestern Blvd. Suite 298
Sugar Land, TX 77478

EMO TRANS
Customized Global Logistics
2322 Grand Ave
Baldwin, NY 11510

Foshan Genzhuo Electrical
Appliances Co.
No.18, Gongye 1st
Road, Qingyuan
IndustrLeliu Town, Shunde
District Foshan City,
Guangdong Province

Frederick Schulman
400 Rella Blvd., Suite 301
Suffern, NY 10901

HQP Electric Industrial Co., Ltd
Unit B, 10/F , Chasegold Tower ,
100 Ma Tau Wai Road
To Kwa Wan, Hong Kong

Internal Revenue Service
955 S. Springfield Avenue, Bldg. A
Springfield, NJ 07081

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114-0326

John C. Kleinert
1800 Route 34 North
Building 4, Suite 404A
Wall, NJ 07719

KAR Vista Business Park LLC
C/O Susan E. Coleman
Burnett Plaza Suite1600
801 Cherry St. Unit No. 1
Fort Worth, TX 76101

Marcum LLP
One SE Third Ave
Suite 1100
Miami, FL 33131

OneTouchPoint -Ginny's Printing
8410-B Tuscany Way
Austin, TX 78754

P2BInvestor, Inc.
1120 Lincoln Street,
Suite 100
Denver, CO 80203

SAN A INDUSTRIAL LIMITED
Room 1321, Hollywood
Plaza,610 Nathan Ro
Mongkok Kowloon, Hong Kong
86-766-2890136

Shadron Stastney
392 Taylor Mills Road
Marlboro, NJ 07746

US Bank
P.O. Box 790408
Saint Louis, MO 63179

ZHUHAI LUCKYMAN TECHNOLOGY CO.
LTD.
C/O Andrew B. Totz
Totz Ellison & Totz, P.C.
2211 Norfolk, Suite 510
Houston, TX 77098

**Parties Requesting Notice/Parties Impacted by Relief Requested**

Gary K. Norgaard, Esq.
Norgaard O'Boyle
184 Grand Avenue
Englewood, NJ 07631

Laura L. Worsham
Jones, Allen & Fuquay LLP
8828 Greenville Ave
Dallas, TX 75243

Ron Satija, Trustee
C/O Brian T. Cumings
Graves Dougherty
401 Congress Ave. Suite 2200
Austin, TX 78701

Wells Fargo Bank, NA
International Trade Operations
1525 West WT Harris Blvd., MAC D1109-011
Charlotte, NC 28262-8522

Anthony Sodono, III
c/o Sari B. Placona
Trenk, DiPasquale, Della, Fera & Sodono
347 Mong Pleasant Ave., Suite 300
West Orange, NJ 07052

Rachel R. Obaldo
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

Caitlin C. Conklin
LeClairRyan PLLC
1037 Raymond Boulevard, 16th Floor
Newark, NJ 07102
Tel: (973) 491-3374
Fax: (973) 491-3337
Email: caitlin.conklin@leclairryan.com