# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 18−10511−tmd
Chapter No.: 11
Judge: Tony M. Davis

IN RE: **Ronco Holdings, Inc.** , Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at   Austin Courtroom 1, Homer Thornberry Judicial Bldg., 903 San Jacinto, Austin, TX 78701

on   **7/16/18 at   01:30 PM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 31 Motion to Convert Case From Chapter 11 to Chapter 7 filed by Kell C. Mercer for Debtor Ronco Holdings, Inc. ) Hearing Scheduled For 7/16/2018 at 01:30 PM at Austin Courtroom 1 .....IF TIME ESTIMATE FOR BOTH SIDES EXCEEDS 30 MINUTES, PLEASE E−MAIL THE COURTROOM DEPUTY AT JENNIFER_LOPEZ@TXWB.USCOURTS.GOV AND ALL AFFECTED PARTIES FOR A SPECIAL SETTING. (Lopez, Jennifer)

Dated:  6/18/18

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)]** [NtchrgBKap20]

In re:                                                                   Case No. 18-10511-tmd
Ronco Holdings, Inc.                                                     Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-1     User: lopezj     Page 1 of 2     Date Rcvd: Jun 18, 2018
                     Form ID: 163     Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2018.

```
db          +Ronco Holdings, Inc.,    15505 Long Vista Drive, Suite 250,    Austin, TX 78728-3833
cr          +Capital 2 Thrive, LLC,    c/o LeClairRyan, PLLC,    Attn.: Jason M. Medley, Esq.,
              1233 West Loop South,    Suite 1000,    Houston, TX 77027-9109
cr          +P2Binvestor Inc.,    c/o Laura L Worsham,    Jones Allen & Fuquay LLP,    8828 Greenville Ave.,
              Dallas, TX 75243-7143
cr          +Ron Satija,    c/o Brian Cumings,    401 Congress Ave.,    Suite 2200,    Austin, TX 78701-3790
cr           Texas Comptroller of Public Accounts,    Rachel R. Obaldo,    c/o Sherri K. Simpson, Paralegal,
              P.O. Box 12548,    Austin, TX  78711-2548
cr          +Travis County,    c/o Kay D. Brock,    P.O. Box 1748,    Austin, TX 78767-1748
17349598    +Allegro Response Teleservices,    4301 William Cannon Drive,    Suite B-150-179,
              Austin, TX 78749-1473
17349601    +Ana M. Garcia,    12819 Heinemann Drive,    Austin, TX 78727-6917
17349615    +Capital 2 Thrive,    1801 Broadway, Suite 1350,    Denver, CO 80202-3844
17349641    +Dynamics Southwest, Inc.,    101 Southwestern Blvd.,    Suite 298,    Sugar Land, TX 77478-3548
17349642    +EMO TRANS,    Customized Global Logistics,    2322 Grand Ave,    Baldwin, NY 11510-3169
17349652    +Frederick Schulman,    400 Rella Blvd., Suite 301,    Suffern, NY 10901-4241
17349665     HQP Electric Industrial Co.,Ltd,    Unit B, 10/F , Chasegold Tower ,,    100 Ma Tau Wai Road ,,
              To Kwa Wan, Hong Kong,    852) 2142-8378
17349677    +John C. Kleinert,    1800 Route 34 North,    Building 4, Suite 404A,    Wall, NJ 07719-9168
17349679    +KAR Vista Business Park LLC,    C/O Susan E. Coleman,    Burnett Plaza Suite 1600,
              801 Cherry St. Unit No. 1,    Fort Worth, TX 76102-6803
17349687    +Marcum LLP,    One SE Third Ave,    Suite 1100,    Miami, FL 33131-1714
17349704    +OneTouchPoint - Ginny's Printing,    8410-B Tuscany Way,    Austin, TX 78754-4824
17349706    +P2BInvestor, Inc.,    1120 Lincoln Street, Suite 100,    Denver, CO 80203-2116
17349716     SAN A INDUSTRIAL LIMITED,    Room 1321, Hollywood Plaza,610 Nathan Ro,    Mongkok,
              Kowloon, Hong Kong,    86-766-2890136
17349719    +Shadron Stastney,    392 Taylor Mills Road,    Marlboro, NJ 07746-2474
17349742   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,    P.O. Box 790408,    Saint Louis, MO 63179)
17349761    +ZHUHAI LUCKYMAN TECHNOLOGY CO. LTD.,    C/O Andrew B. Totz,    Totz Ellison & Totz, P.C.,
              2211 Norfolk, Suite 510,    Houston, TX 77098-4048
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17349667         E-mail/Text: cio.bncmail@irs.gov Jun 19 2018 01:11:51     Department of the Treasury -,
              Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                            TOTAL: 1
```

                 ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
17349621         CHINA-BASE NINGBO FOREIGN TRADE CO., LTD,    No. 666 Tiantong South Road,,
              Yinzhou District, Ningbo
17349649         Foshan Genzhuo Electrical Appliances Co.,    No.18, Gongye 1st Road, Qingyuan Industr,
              Leliu Town, Shunde District,    Foshan City, Guangdong Province
17349668*        Internal Revenue Service -- Payroll Tax,    P.O. Box 21126,    Philadelphia, PA 19114-0326
                                                                                            TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2018                                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0542-1           User: lopezj                Page 2 of 2                Date Rcvd: Jun 18, 2018
                               Form ID: 163                Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2018 at the address(es) listed below:

```
              Brian Talbot Cumings    on behalf of Creditor Ron  Satija bcumings@gdhm.com,  krisinger@gdhm.com
              Caitlin C. Conklin    on behalf of Creditor    Capital 2 Thrive, LLC
               caitlin.conklin@leclairryan.com,  joy.vanderweert@leclairryan.com
              Daniel M. Eliades    on behalf of Creditor    Capital 2 Thrive, LLC Daniel.eliades@leclairryan.com,
               caitlin.conklin@leclairryan.com
              Jason Matthew Medley    on behalf of Creditor    Capital 2 Thrive, LLC jason.medley@leclairryan.com,
               robert.gee@leclairryan.com
              Kay D. Brock    on behalf of Creditor    Travis County bkecf@traviscountytx.gov,
               kay.brock@traviscountytx.gov
              Kell C. Mercer    on behalf of Debtor    Ronco Holdings, Inc. kell.mercer@mercer-law-pc.com
              Laura L. Worsham    on behalf of Creditor    P2Binvestor Inc. lworsham@jonesallen.com,
               lmenton@jonesallen.com
              Rachel R Obaldo    on behalf of Creditor    Texas Comptroller of Public Accounts
               bk-robaldo@oag.texas.gov,  sherri.simpson@oag.texas.gov
              United States Trustee - AU12    ustpregion07.au.ecf@usdoj.gov
                                                                                             TOTAL: 9
```