Continued hearing shall be held on 7/30/2018 at 10:00 AM in Austin Courtroom 1. Movant is responsible for notice.



**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

Dated: July 16, 2018

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| In re | § | |
| | § | |
| RONCO HOLDINGS, INC., | § | CASE NO. 18-10511-TMD |
| | § | |
| Debtor. | § | Chapter 11 |

### ORDER GRANTING
### DEBTOR'S MOTION TO CONTINUE HEARING ON
### <u>MOTION TO CONVERT</u>

This matter comes before the Court on Ronco Holdings, Inc.'s Motion to Continue Hearing (the "Motion to Continue") on the Debtor's Motion to Convert (the "Motion to Convert") (filed at Docket No. 31). The Court, having considered the Motion to Continue, finds that the Motion to Continue is meritorious and should be granted on the terms set forth herein.

**ACCORDINGLY, IT IS HEREBY ORDERED** that the hearing on the Debtor's Motion to Convert is continued to the date and time set forth above. The Debtor shall be

responsible for providing notice to all necessary parties and shall file a certificate of service reflecting such service of notice within 24 hours of entry of this order.

# # #

Order Submitted by:

Kell C. Mercer, Esq.
Kell C. Mercer, PC
1602 E. Cesar Chavez Street
Austin, Texas 787802
(512) 767-3214