**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 18-10511-TMD |
| RONCO HOLDINGS, INC. | § | |
| | § | Chapter 11 |
| Debtor. | § | |

**DEBTOR'S WITNESS AND EXHIBIT LIST**
**FOR JULY 30, 2018 HEARING AT 10:00 A.M. ON**
**MOTION TO CONVERT**

**I. WITNESSES**

    1.    William Moore

Ronco Holdings, Inc. ("Ronco") reserves the right to cross-examine any witness called by any other party and to call rebuttal witnesses, if necessary.

**II. EXHIBITS – Ronco intends to use electronic exhibits**

| Exhibit No. | Description | MARKED | OFFERED | OBJECT | ADMIT | DATE | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| **1.** | Inventel Products, LLC Letter | | | | | | |
| **2.** | Letter to Jeffrey T. Testa | | | | | | |
| **3.** | Unopposed Motion To (I) Allow And Compel Payment Of Post-Petition Administrative Rent And (II) Compel Assumption Or Rejection Of Lease [Docket No. 35] | | | | | | |
| **4.** | Bankruptcy Schedules & Statements [Docket No. 11] | | | | | | |

Ronco reserves the right to amend or supplement this Witness and Exhibit List at any time prior to the hearing.

1

Respectfully submitted,

KELL C. MERCER, P.C.
1602 E. Cesar Chavez Street
Austin, Texas 78702
(512) 627-3512
(512) 597-0767 (Fax)
Email: kell.mercer@mercer-law-pc.com

By: */s/ Kell C. Mercer*
    Kell C. Mercer
    State Bar No. 24007668

**ATTORNEY FOR RONCO HOLDINGS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that July 25, 2018, a true and correct copy of the foregoing pleading was served via this Courts ECF/CM notification system to all parties registered to receive such notice.

*/s/ Kell C. Mercer*
    Kell C. Mercer

2
AUS-6238517-1 527825/1