**Hearing shall be held on 7/30/2018 at 10:00 AM in Austin Courtroom 1. Movant is responsible for notice.**



**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: July 27, 2018**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**
_____


IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **In re** | § | |
| | § | |
| **RONCO HOLDINGS, INC.,** | § | **CASE NO. 18-10511-TMD** |
| | § | |
| Debtor. | § | Chapter 11 |

### ORDER SETTING STATUS CONFERENCE

This matter comes before the Court on Ronco Holdings, Inc.'s Request for Status Conference (the "Request"). The Court, having considered the Request, finds that it should be granted on the terms set forth herein.

**ACCORDINGLY, IT IS HEREBY ORDERED** that a status conference is set for the date and time set forth above. The Debtor shall be responsible for notice to all necessary parties and shall file a certificate of service reflecting such service of notice within 24 hours of entry of this order.

# # #

Order Submitted by:

Kell C. Mercer, Esq.
Kell C. Mercer, PC
1602 E. Cesar Chavez Street
Austin, Texas 787802
(512) 767-3214
COUNSEL FOR THE DEBTOR