**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: July 27, 2018.**



_____
**TONY M. DAVIS**
**UNITED STATES BANKRUPTCY JUDGE**

_____

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| RONCO HOLDINGS, INC., | Case No. 18-10511 (tmd) |
| Debtor. | |

### ORDER

**BE IT REMEMBERED** that there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by Anthony Sodono, III ("Applicant"); and the court, having reviewed the motion, has decided it is meritorious. **ACCORDINGLY,**

**IT IS ORDERED** that the Motion for Admission *Pro Hac Vice* is **GRANTED**, and Application may appear on behalf of himself in his capacity as Assignee for the Benefit of Creditors of Ronco Holdings, Inc., and Trenk, DiPasquale, Della Fera & Sodono, P.C., as counsel to the Assignee, in the above case.

This order shall not be considered admission to practice generally before this court or the U.S. District Court for the Western District of Texas.

# # #

4816-4542-2438, v. 1

In re:                                                          Case No. 18-10511-tmd
Ronco Holdings, Inc.                                            Chapter 11
        Debtor                  **CERTIFICATE OF NOTICE**

District/off: 0542-1          User: boydl              Page 1 of 1            Date Rcvd: Jul 27, 2018
                              Form ID: pdfintp         Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2018.
db              +Ronco Holdings, Inc.,    15505 Long Vista Drive, Suite 250,    Austin, TX 78728-3833
cr              +Anthony Sodono,    Trenk, DiPasquale, Della Fera & Sodono,    347 Mt. Pleasant Avenue, Suite 300,
                 West Orange, NJ 07052-2730

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2018 at the address(es) listed below:
          Brian Talbot Cumings    on behalf of Creditor Ron  Satija bcumings@gdhm.com,   krisinger@gdhm.com
          Caitlin C. Conklin    on behalf of Creditor    Capital 2 Thrive, LLC
           caitlin.conklin@leclairryan.com,   joy.vanderweert@klgates.com
          Cassandra A. Shoemaker    on behalf of Creditor    Kaonolulu Ranch, LLLP
           cassandra.shoemaker@tklaw.com,   dannette.johnson@tklaw.com;Nashira.Parker@tklaw.com
          Daniel M. Eliades    on behalf of Creditor    Capital 2 Thrive, LLC Daniel.eliades@klgates.com,
           caitlin.conklin@klgates.com
          Jason Matthew Medley    on behalf of Creditor    Capital 2 Thrive, LLC jason.medley@leclairryan.com,
           robert.gee@leclairryan.com
          Kay D. Brock    on behalf of Creditor    Travis County bkecf@traviscountytx.gov,
           kay.brock@traviscountytx.gov
          Kell C. Mercer    on behalf of Debtor    Ronco Holdings, Inc. kell.mercer@mercer-law-pc.com
          Laura L. Worsham    on behalf of Creditor    P2Binvestor Inc. lworsham@jonesallen.com,
           lmenton@jonesallen.com
          Rachel R Obaldo    on behalf of Creditor    Texas Comptroller of Public Accounts
           bk-robaldo@oag.texas.gov,   sherri.simpson@oag.texas.gov
          United States Trustee - AU12    ustpregion07.au.ecf@usdoj.gov
                                                                       TOTAL: 10