# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 18−10511−tmd
Chapter No.: 11
Judge: Tony M. Davis

IN RE: **Ronco Holdings, Inc.**, Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at    Austin Courtroom 1, Homer Thornberry Judicial Bldg., 903 San Jacinto, Austin, TX 78701

on   **9/10/18 at 01:30 PM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 35 Unopposed Motion To (I) Allow And Compel Payment Of Post−Petition Administrative Rent And (II) Compel Assumption Or Rejection Of Lease (21 Day Objection Language) filed by Cassandra A. Shoemaker for Creditor Kaonolulu Ranch, LLLP .) Hearing Scheduled For 9/10/2018 at 01:30 PM at Austin Courtroom 1 .....IF TIME ESTIMATE FOR BOTH SIDES EXCEEDS 30 MINUTES, PLEASE E−MAIL THE COURTROOM DEPUTY AT JENNIFER_LOPEZ@TXWB.USCOURTS.GOV AND ALL AFFECTED PARTIES FOR A SPECIAL SETTING. (Lopez, Jennifer)

Dated:  8/8/18

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court

[Hearing Notice (BK)] [NtchrgBKap20]