B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Western District of Texas

In re Ronco Holdings, Inc.                 ,                    Case No. 18-10511-tmd

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| ZGS PENSION LLC, an Ohio limited liability company | CAPITAL 2 THRIVE, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
 12 Miriam Lane
 Monsey, NY 10952
 ATTN: Zelman Silber

Phone: 212-686-1565
Last Four Digits of Acct #: _____

Court Claim # (if known): 12-1
Amount of Claim: $556,876.04
Date Claim Filed: 06/06/2018

Phone: 973-491-3600
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Lane C. Wershaw Attorney               Date: 11/19/2018
     Transferee/Transferee's Agent Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, CAPITAL 2 THRIVE, LLC ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to ZGS PENSION LLC, an Ohio limited liability company ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the Bankruptcy Code) in the amount of $556,876.04 against RONCO HOLDINGS, INC. (the "Debtor"), Case No. 18-10511, United States Bankruptcy Court for the Western District of Texas (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of the claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THE EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 16 DAY OF NOVEMBER, 2018.

CAPITAL 2 THRIVE, LLC

By: _[signature]_
Name: Chad Lucero
Title: CEO

ZGS PENSION LLC, an Ohio limited liability company

By: _____
Name: _____
Title: _____

J:\LLW\ZGS Pension LLC\Evid of Transfer of Claim.docx

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, CAPITAL 2 THRIVE, LLC ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to ZGS PENSION LLC, an Ohio limited liability company ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the Bankruptcy Code) in the amount of $556,876.04 against RONCO HOLDINGS, INC. (the "Debtor"), Case No. 18-10511, United States Bankruptcy Court for the Western District of Texas (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of the claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THE EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS _16_ DAY OF NOVEMBER, 2018.

| CAPITAL 2 THRIVE, LLC | ZGS PENSION LLC, an Ohio limited liability company |
|---|---|
| By: _____ | By: [signature] |
| Name: _____ | Name: Zalmen Silber |
| Title: _____ | Title: Managing Member |

J:\LLW\ZGS Pension LLC\Evid of Transfer of Claim.docx